AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2024 OCT -3 A 9: 36

U.S. MARSHALS
CLEVELAND, OH

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Stephen A. Redd | ) | |
| | ) | **5:24 CR 00372** |
| | ) | |
| Defendant | ) | 24-mj-216-SBP |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Stephen A. Redd

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B); Count 2: Attempted Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

Date:  10/02/2024

*Issuing officer's signature*

City and state:  Cleveland, Ohio

*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*